Kevin Mahoney, Esq. (SBN: 235367)
kmahoney@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 E. Ocean Blvd., Ste. 814
Long Beach, CA  90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Attorneys for Plaintiff MARIO ZAMARRIPA, as an individual and on behalf of all similarly situated employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ZAMARRIPA, as an individual and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>MONDELĒZ GLOBAL, LLC and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 8:16-cv-02193<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE PLAINTIFF MARIO ZAMARRIPA'S DEADLINE TO FILE HIS MOTION FOR PRELIMINARY APPROVAL AND HEARING DATE [23]**<br><br>Assigned for all purposes to:<br>Hon. David O. Carter; Courtroom 9D |

**ORDER**

On stipulation of the parties, and good cause appearing thereto, IT IS ORDERED as follows:

1. Plaintiff is relieved of his January 25, 2019, deadline to file his motion for preliminary approval.
2. Plaintiff is ordered to file his motion for preliminary approval by February 1, 2019.
3. The February 4, 2019, hearing is continued to February 11, 2019 at 8:30 a.m.

DATED: January 28, 2019

*David O. Carter*
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE